# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ZERO MANUFACTURING, INC.,**

    **Plaintiff,**

**v.**      **Case No: 6:13-cv-852-Orl-31DAB**

**EDAK, INC., GREGG T. BENOIT,**

    **Defendants.**

## ORDER

This matter comes before the Court *sua sponte*. The Plaintiff filed its Amended Motion for Preliminary Injunction (Doc. 18) on June 27, 2013. The deadline for a response was July 15, 2013. No response has been filed. Unless the Defendants file a response on or before July 29, 2013, the Court will grant the motion as unopposed.

**DONE** and **ORDERED** in Orlando, Florida on July 23, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties