# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ZERO MANUFACTURING, INC.,**

      **Plaintiff,**

**v.**                                                                         **Case No: 6:13-cv-852-Orl-31DAB**

**EDAK, INC., GREGG T. BENOIT,**

      **Defendants.**

## ORDER

This matter comes before the Court *sua sponte*. On June 27, 2013, the Plaintiff filed its First Amended Verified Complaint (Doc. 17) and a motion for preliminary injunction (Doc. 18). On July 9, 2013, the Defendants filed a motion to dismiss (Doc. 20) the First Amended Verified Complaint.

More recently, the Plaintiff was granted leave to file a Second Amended Complaint (Doc. 38), which it did on August 23, 2013. The Second Amended Verified Complaint deletes one claim about which the Defendants had complained and appears to alter some of the other allegations from the First Amended Verified Complaint. As such, the filing of Second Amended Verified Complaint moots the motion to dismiss. Moreover, the motion for preliminary injunction relied in large part on the First Amended Verified Complaint to establish entitlement to injunctive relief. Accordingly, the Court finds that the motion for preliminary injunction has also been rendered moot by the filing of the Second Amended Verified Complaint.

Accordingly, it is hereby **ORDERED** that the motion for preliminary injunction (Doc. 18) and the motion to dismiss (Doc. 20) are **DENIED WITHOUT PREJUDICE AS MOOT.**

**DONE** and **ORDERED** in Orlando, Florida on September 11, 2013.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties